1
2
3
4
5
6
7
8

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD SCOTT ELSMORE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA HIGHWAY PATROL, et al.,<br><br>　　　　Defendants. | Case No. ED CV 15-1556 RGK (MRW)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

　　　　Pursuant to 28 U.S.C. § 636, the Court reviewed the Complaint, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a <u>de novo</u> review of those portions of the Report to which Plaintiff has objected. The Court accepts the findings and recommendation of the Magistrate Judge.

1  IT IS ORDERED that Defendant California Highway Patrol is dismissed
2  with prejudice from this action. As to the remaining defendants, the action is
3  dismissed with leave to amend. The matter is referred back to Magistrate Judge
4  Wilner for further proceedings.

DATE: May 5, 2016

_____
HON. R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE