# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD SCOTT ELSMORE,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF RIVERSIDE, et al.,<br><br>Defendants. | Case No. ED CV 15-1556 RGK (MRW)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that Defendant California Highway Patrol is dismissed with prejudice from this action. As to the remaining defendants, the action is dismissed with leave to amend.

DATE: May 5, 2016

_____
HON. R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE