# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

RICHARD SCOTT ELSMORE,

    Plaintiff,

v.

CALIFORNIA HIGHWAY PATROL, et al.,

    Defendants.

Case No. ED CV 15-1556 RGK (MRW)

ORDER OF DISMISSAL

    Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

    IT IS ADJUDGED that this case is dismissed without leave to amend.

DATE: August 23, 2016

_____
HON. R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE