# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD SCOTT ELSMORE,<br><br>    Plaintiff,<br><br>    v.<br><br>CALIFORNIA HIGHWAY PATROL, et al.,<br><br>    Defendants. | Case No. ED CV 15-1556 RGK (MRW)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court reviewed the amended complaint, the records on file, and the Final Report and Recommendation of the United States Magistrate Judge. Further, the Court engaged in a <u>de novo</u> review of those portions of the Report to which Plaintiff has objected. The Court accepts the findings and recommendation of the Magistrate Judge.

The Court denies Plaintiff's request to stay the civil action pending his state court criminal appeal. (Docket # 95, 97.)

IT IS ORDERED that action be dismissed without prejudice for lack of jurisdiction.

DATE: April 22, 2021

_____
HON. R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE