# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD SCOTT ELSMORE,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>CALIFORNIA HIGHWAY PATROL, et al.,<br><br>　　　　Defendants. | Case No. ED CV 15-1556 RGK (MRW)<br><br>JUDGMENT |

　　　Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

　　　IT IS ADJUDGED that the action is dismissed without prejudice for lack of jurisdiction.

DATE: April 22, 2021

_____
HON. R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE